```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2                         MIAMI DIVISION
                    CASE NO. 19-20601-CRIMINAL-SCOLA
 3


 4   UNITED STATES OF AMERICA,          Miami, Florida


 5                 Plaintiff,           February 22, 2022


 6          vs.                         10:01 a.m. to 10:09 a.m.


 7   ALFREDO SOLARES MEJIA,


 8                 Defendant.           Pages 1 to 8
     _____
 9

10                        SENTENCING HEARING
          BEFORE THE HONORABLE ROBERT N. SCOLA, JR.,
11                 UNITED STATES DISTRICT JUDGE


12


13   APPEARANCES:


14
     FOR THE GOVERNMENT:        WALTER M. NORKIN, ESQ.
15                              ASSISTANT UNITED STATES ATTORNEY
                                99 Northeast Fourth Street
16                              Miami, Florida 33132


17
     FOR THE DEFENDANT:         JOSE CARLOS A. VILLANUEVA, ESQ.
18                              JOSE CARLOS A. VILLANUEVA, P.A.
                                2332 Galiano Street
19                              Second Floor
                                Coral Gables, Florida 33134


20


21   FOR U.S. PROBATION:        ANDREW McDOUGAN


22
     REPORTED BY:               LISA EDWARDS, RDR, CRR
23                              Reporterlisaedwards@gmail.com
                                (305) 439-7168
24


25
```

```
 1          THE COURT:  Our next matter this morning is United

 2   States of America versus Alfredo Solares Mejia.

 3          Who's here for the Government?

 4          MR. NORKIN:  Walter Norkin for the Government.  Good

 5   morning, your Honor.

 6          THE COURT:  Good morning.

 7          And for the defense?

 8          MR. VILLANUEVA:  Good morning, your Honor.  José Carlos

 9   Villanueva on behalf of Mr. Solares Mejia, who's present in the

10   courtroom and aided by the interpreter.

11          THE COURT:  Good morning.

12          Good morning, Mr. Solares Mejia.

13          THE DEFENDANT:  Good morning.

14          THE COURT:  And who's here from Probation?

15          THE PROBATION OFFICER:  Good morning, your Honor.

16   Andrew McDougan for Probation.

17          THE COURT:  Good morning.

18          And this matter is set for sentencing.  Are both sides

19   prepared to go forward with sentencing?

20          MR. NORKIN:  Yes, your Honor.

21          MR. VILLANUEVA:  Yes, your Honor.

22          THE COURT:  And has each side received and reviewed the

23   presentence investigation report as well as the addendum to the

24   report?

25          MR. NORKIN:  Yes, your Honor.
```

1        MR. VILLANUEVA:  We have, yes.

2        THE COURT:  And Mr. Solares Mejia, have you gone over

3    the report and the addendum with your attorney?

4        THE DEFENDANT:  Yes, your Honor.

5        THE COURT:  And does the Government have any objection

6    to the report?

7        MR. NORKIN:  No, your Honor.

8        THE COURT:  Does the defense have any objections?

9        MR. VILLANUEVA:  No, your Honor.

10       THE COURT:  So you can all be seated.  If you're fully

11   vaccinated and you wish to do so, you can take off your masks.

12       Since there are no objections to the report, I find the

13   base offense level is a Level 38.  There's a two-level increase

14   because the Defendant possessed a firearm during the commission

15   of the crime.  That gives us an adjusted offense level of 40

16   minus two for acceptance of responsibility minus an additional

17   one for early acceptance.  So the total offense level is Level

18   37.

19       He has no prior arrests or convictions, which puts him

20   in Criminal History Category I, and an advisory guideline range

21   of 210 to 262 months.

22       So with that as the advisory guideline range, and in

23   consideration of the 18 United States Code Section 3553

24   factors, what is the Government's position as to an appropriate

25   sentence and why?

1          MR. NORKIN:  Your Honor, the Government thinks that a

2   sentence at the low end of the guidelines is appropriate with

3   the caveat that we don't oppose a reduction for Mr. Solares's

4   early acceptance of responsibility, his early decision to

5   cooperate.

6          I believe defense counsel asked for a sentence at 180

7   months.  And the Government thinks that's a reasonable request

8   in light of all this.

9          THE COURT:  What is the defense position as to the

10  appropriate sentence and why?

11         MR. VILLANUEVA:  Your Honor, that is correct.  We are

12  seeking a variance from the 210 down to the 180.  That is based

13  on the factors mentioned briefly by Mr. Norkin as well as some

14  other factors that would be sufficient but not greater than

15  necessary to meet the statutory objectives of 3553.

16         THE COURT:  Mr. Solares, you have the right to make a

17  statement to me before I impose sentence.  You don't have to

18  say anything; but if you would like to say something, this is

19  your opportunity.

20         THE DEFENDANT:  Yes.  Good morning, your Honor.

21         I want to apologize to the United States government and

22  I also want to apologize to my family and to my children.  I'm

23  a human being.  I made a mistake in decisions that I made.  And

24  again, I want to apologize.

25         That is all.

```
 1              THE COURT:  Thank you.

 2              The Court has considered the statements of the parties,

 3      the presentence investigation report, which contains the

 4      advisory guidelines, as well as the statutory factors set forth

 5      in 18 United States Code Section 3553.

 6              Having previously determined that the total offense

 7      level is a Level 37 with Criminal History I and a guideline

 8      range of 210 to 262 months, I first find the Defendant is not

 9      able to pay a fine, so I will not impose a fine.

10              I saw in the plea agreement that there was an agreed

11      forfeiture money judgment of $500,000.  Has that order been

12      prepared or presented to the Court?

13              MR. NORKIN:  I will check on that.  If it hasn't been

14      prepared -- I'm being told it has not been prepared.  I will

15      alert the forfeiture AUSA to get that in.  If your Honor would

16      give us three days for that, we'd appreciate it.

17              THE COURT:  Okay.  In reviewing the facts of the case,

18      this is a huge cocaine conspiracy case involving 10,000 kilos

19      of cocaine, which even by South Florida standards is a huge

20      case.  And I think it is important that a significant sentence

21      be imposed to promote respect for the law, to protect the

22      public and to deter others.

23              I do believe the fact that Mr. Solares Mejia waived

24      extradition and early on accepted responsibility shows

25      extraordinary remorse.  It makes it less likely he will
```

```
 1   reoffend.

 2          I also think the fact that he has no prior arrests

 3   distinguishes him from other defendants in Criminal History

 4   Category I who may have just one conviction or several arrests

 5   that didn't result in a conviction.

 6          So in light of all those circumstances, it is the

 7   judgment of the Court that the Defendant is committed to the

 8   Bureau of Prisons to be imprisoned for 180 months.  Upon

 9   release from imprisonment, he'll be placed on supervised

10   release for five years.  Within 72 hours of release, he will

11   report in person to the probation office in the district where

12   he is released.

13          While on supervised release, in addition to the

14   standard and statutory conditions of supervised release, the

15   following special conditions will apply:

16          He must surrender to immigration for removal after

17   imprisonment; and the unpaid restitution, fines or special

18   assessment condition will also apply.  The Defendant must also

19   pay a special assessment of $100 payable to the United States

20   immediately.

21          So the total sentence is 180 months in prison, five

22   years' supervised release, and a $100 special assessment,

23   consistent with the terms of the plea agreement.

24          I'm going to order forfeiture of the Defendant's right,

25   title and interest in the property identified in the plea
```

1    agreement and I'm going to enter a forfeiture money judgment in

2    the amount of $500,000.

3           The Government will submit a proposed order within

4    three days of today, and that will be incorporated by reference

5    into the final judgment.

6           Mr. Solares Mejia is entitled to credit time served

7    from February 14th, 2021, the day of his arrest in Guatemala.

8           And now that sentence has been imposed, does the

9    Defendant or his counsel object to the Court's findings of fact

10   or the manner in which sentence was pronounced or any of the

11   Court's sentencing rulings?

12          MR. VILLANUEVA:  No, your Honor.  Thank you.

13          THE COURT:  Mr. Solares Mejia, you have the right to

14   appeal the sentence that was imposed.  However, any notice of

15   appeal must be filed within 14 days after entry of the

16   judgment.  If you are unable to pay the cost of an appeal, you

17   may apply for leave to appeal *in forma pauperis*, which means

18   you can appeal without prepaying any fees or costs.

19          Had the Government agreed to dismiss other counts or is

20   there just the one count in the indictment?

21          MR. NORKIN:  It was just the one count, your Honor.

22          THE COURT:  Anything further from either the Government

23   or the Defendant this morning?

24          MR. VILLANUEVA:  No, your Honor.

25          MR. NORKIN:  No, your Honor.  Thank you.

 1          THE COURT:  Good luck to you, Mr. Solares Mejia.

 2          Let me just state that if the Government does file a

 3 Rule 35, I will certainly consider a further reduction of his

 4 sentence.

 5          MR. VILLANUEVA:  Thank you.

 6          THE COURT:  Do you have any recommendation as to where

 7 he wants to serve his sentence?

 8          MR. VILLANUEVA:  Yes, your Honor.  We'd recommend South

 9 Florida.

10          THE COURT:  I'll recommend he be allowed to serve his

11 sentence at a facility in South Florida.

12          (Proceedings concluded.)

13

14

15                    C E R T I F I C A T E

16

17      I hereby certify that the foregoing is an

18 accurate transcription of the proceedings in the

19 above-entitled matter produced to the best of my ability.

20

21
                          /s/Lisa Edwards
22   _____        LISA EDWARDS, RDR, CRR
        DATE             (305) 439-7168
23                       Reporterlisaedwards@gmail.com

24

25